ASHBY, BOSTON, BRADFORD, CAMBRIDGE, CANTON, FRANKLIN, HOPKINTON, MALDEN, MILTON, PORTLAND, ROCHESTER, WISCASSET, WRENTHAM.

[The elections in these towns were controverted, but the committee on elections do not appear, from the journal, to have made a report upon any of them.]

---

## MIDDLEBOROUGH.

A petition against an election was rejected, because not served on the members returned, according to the rule of the house.

A petition against the election of five representatives, returned from the town of Middleborough, being presented, and it appearing that copies thereof had been served on two only of the members, the speaker decided that it could not be sustained.[1]